UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON A. ST. PIERRE,<br>　　Plaintiff, | : | |
| v. | : | Case No. 3:14-cv-1866 (VAB) |
| WARDEN SEMPLE, ET AL.,<br>　　Defendants. | : | |

**RULING AND ORDER**

　　Plaintiff, Jon A. St. Pierre, incarcerated and *pro se*, filed a civil rights complaint against a number of employees of the Department of Correction.  On November 9, 2015, the Court dismissed in part the complaint and ordered the Plaintiff to serve the complaint on some of the defendants in both their individual and official capacities.  *See* Ruling and Order, dated November 9, 2015 (the "Ruling").  [Doc. No. 12].

　　Mr. St. Pierre seeks clarification of second full paragraph on page fourteen of the ruling.  In that paragraph, the Court notes that Mr. St. Pierre is responsible for serving the defendants because he paid the filing fee to commence this action.  The Court directs Mr. St. Pierre to serve defendants Heidi, Tawana, Martin, Berkawitz, John Doe #1, and John Doe #2 in their individual capacities within sixty days and to file returns of service within seventy days.  The last sentence of that paragraph incorrectly states that, if the Plaintiff fails to comply with the order to serve the defendants in their individual capacities, all claims against defendant Buchanan will be dismissed.  Mark Buchanan is not a defendant in this action.

2

**Conclusion**

The Motion to Clarify and Correct Ruling [**Doc. No. 14**] is **GRANTED**. **The last sentence of paragraph two on page fourteen of the Ruling and Order [Doc. No. 12] is CORRECTED to read: Failure to comply with this order will result in the dismissal of all claims against any defendant who is not served with a copy of the complaint.**

SO ORDERED at Bridgeport, Connecticut, this 17th day of December, 2015.

　　　　　　　　　　　　　　　　　　 /s/ Victor A. Bolden　　　　　　　　
　　　　　　　　　　　　　　　　　VICTOR A. BOLDEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE